**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Ingles Produce Inc. | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-5555766 | |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1724 -1728 Park Central Boulevard N Pompano Beach, FL 33064 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    inglesproduce.com; inglesproduce.net

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Ingles Produce Inc.                  Case number (*if known*) _____
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     4842

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply:*
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor    Ingles Produce Inc.                                                    Case number (*if known*)
_____
          Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

           Contact name _____

           Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☒ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Ingles Produce Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2025
                          MM / DD / YYYY

**X** /s/  Kareem Ingleton                                      Kareem Ingleton
Signature of authorized representative of debtor          Printed name

Title    President

**18. Signature of attorney**

**X** /s/ Aaron Wernick                          Date    December 19, 2025
Signature of attorney for debtor                             MM / DD / YYYY

Aaron Wernick 14059
Printed name

Wernick Law PLLC
Firm name

2255 Glades Rd.
Ste 324A
Boca Raton, FL 33431
Number, Street, City, State & ZIP Code

Contact phone    (561) 961-0922x1        Email address    aw@wernicklaw.com

14059 FL
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Ingles Produce Inc.

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**    Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.    18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2025    **X** /s/   Kareem Ingleton
                                                    Signature of individual signing on behalf of debtor

                                                  Kareem Ingleton
                                                  Printed name

                                                  President
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | Ingles Produce Inc. |
|---|---|

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an
amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
                                                                                                                    12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 6031 Carol Stream, IL 60197-6031 | | Credit Card | | | | $48,656.00 |
| BILL.com 6220 America Center Drive, #100 Alviso, CA 95002 | | Credit Card | | | | $50,000.00 |
| Channel Equipment Finance 10900 Wayzata Blvd., Suite 300 Hopkins, MN 55305 | | 2017 UTC (VIN# 1UYVS2537HM764 206) | | $44,096.98 | $20,000.00 | $24,096.98 |
| CIT Bank a/k/a First Citizens PO Box 2576 Springfield, IL 62708 | | (1) Drive-in Rack Roll Form System 1: 3 Deep x 14 Wide x 2 High, System 2: 3 Deep x 14 Wife x 2 High; (1) Drive in Rack Roll Form System 1: 5 Deep x 7 Wide x 2 High, System 2: 6 Deep x 6 Wide x 2 High. | | $74,990.28 | $10,000.00 | $64,990.28 |
| CIT Bank a/k/a First Citizens PO Box 2576 Springfield, IL 62708 | | 2016 Volv VNL64 Tractor (VIN# D4V4NC9EG6GN9 47326); 2017 Volv VNL64 Tractor (VIN# 4V4NC9EG4HN98 4716) | | $32,469.96 | $36,000.00 | $22,469.96 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Ingles Produce Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| First Bank & Trust PO Box 5057 Brookings, SD 57006 | | 2017 WABA (VIN# 1JJV532B8HL971305); and 2017 WABASH (VIN#1JJV532B4H L971222) | | $42,422.57 | $36,000.00 | $6,422.57 |
| Garcia Farms LLC 181 Newsom Road Moultrie, GA 31788 | | Vendor | Contingent Unliquidated Disputed | | | $145,879.00 |
| Garden Fresh Distribution Svc Inc. 1255 W. Atlantic Blvd., Suite 120 33069 | | | | | | $543,524.60 |
| Gonzalez Farm USA LLC 607 S. Alexander Street Plant City, FL 33563 | | Vendor | Contingent Unliquidated Disputed | | | $168,762.00 |
| Gulfstream Produce Inc. 6308 Weathers Road Wendell, NC 27591 | | Vendor | | | | $99,390.20 |
| J & R Baker Produce Inc. 561 Rondtree Ridge Road Norman Park, GA 31771 | | Vendor | | | | $158,768.16 |
| Lexus Financial Services PO Box 94316 Palatine, IL 60094-4316 | | 2023 Lexus LC500 | | $87,539.09 | $55,000.00 | $32,539.09 |
| Prologis 201 E. Las Olas Blvd., Suite 1550 Fort Lauderdale, FL 33301 | | Rent arrearage | | | | $73,523.16 |
| Ray's Heritage LLC 2401 Eagle Lane Belle Glade, FL 33430 | | Vendor | | | | $51,500.00 |
| Superior Designer Services Inc. 1715 Meathe Drive, Suite 1400 Deerfield Beach, FL 33441 | | Rent arrearage | | | | $40,000.00 |
| Tesla 45500 Fremont Blvd. Fremont, CA 94538 | | 2024 Tesla Cyber Truck | | $103,912.47 | $55,000.00 | $48,912.47 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

Debtor __Ingles Produce Inc._____     Case number *(if known)* _____
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Ultimate Produce Brokers Inc. 24 Louis Place Nesconset, NY 11767 | | Vendor | | | | $115,518.75 |
| Wex Bank PO Box 4337 Carol Stream, IL 60197-4331 | | Fuel credit account | | | | $48,000.00 |
| Xander Distributors LLC 7322 NW 45th Avenue Pompano Beach, FL 33073 | | Vendor | | | | $78,926.00 |
| Zabile Inc. 3800 Cutcane Road Mineral Bluff, GA 30559 | | Vendor | | | | $34,070.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Ingles Produce Inc.___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $     0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*....................................................................................... $     997,807.98

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     997,807.98

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     700,271.11

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$     1,931,797.14

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b     $     2,632,068.25

| Fill in this information to identify the case: |
| --- |
| Debtor name   Ingles Produce Inc. |
| United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known)   _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | American Express Checking Account | Checking | 9830 | $21,979.46 |
| 3.2. | Space Coast Credit Union | Checking | 6388 | $76.67 |
| 3.3. | Wells Fargo Bank | Checking | 1652 | $127.24 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      | $22,183.37 |

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | Prologis - $90,000.00 lease deposit for commercial premises (no value to Debtor; subject to Landlord's lien) | $0.00 |

Debtor    Ingles Produce Inc._____    Case number *(If known)* _____
                    Name

|  | Superior Designer Services Inc. - $26,000.00 lease deposit for commercial premises (no value | |
|---|---|---|
| 7.2. | to Debtor; subject to Landlord's lien)_____ | $0.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.    **Total of Part 2.**

        Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | $0.00 |

| **Part 3:** | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    468,733.61    -    22,699.00    = ....    $446,034.61
                                                    face amount                  doubtful or uncollectible accounts

11b. Over 90 days old:    33,180.00    -    16,590.00    =....    $16,590.00
                                            face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| | |
|---|---|
| | $462,624.61 |

| **Part 4:** | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Ingles Produce Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| | 13 desks; 2 conference tables; multiple chairs; 4 filing cabinets; 2 credenzas. | $0.00 | Debtor's opinion | $1,000.00 |

**40.**   **Office fixtures**

**41.**   **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | | |
|---|---|---|---|---|
| | Eight (8) computers: Imac 25' Silver8C C - S/N JPH4Y34DOC | $0.00 | Debtor's opinion | $4,000.00 |
| | 1 printer; 2 labeling printers; 2 desktop printers; 2 laptops; 3 desktops; 10 iPads; 10 cellphones | $0.00 | Debtor's opinion | $2,500.00 |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

| $7,500.00 |
|---|

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2024 Lexus ES 350 (VIN# 58AJZ1B1XRU163108) | $0.00 | Debtor's opinion | $35,000.00 |
| 47.2.   2016 FRHT (VIN# 3ALACWDT6GDGP7453) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.3.   2024 Tesla Cyber Truck | $0.00 | Debtor's opinion | $55,000.00 |
| 47.4.   2023 Lexus LC500 | $0.00 | Debtor's opinion | $55,000.00 |
| 47.5.   2012 GDAN (VIN# 1GRAA0623CB708106) | $0.00 | Debtor's opinion | $6,000.00 |
| 47.6.   2013 UTIL (VIN# 1UYVS2539DM696405) | $0.00 | Debtor's opinion | $7,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Ingles Produce Inc.                                    Case number *(If known)*
                Name

| | | | | |
|---|---|---|---|---|
| 47.7. | 2017 UTC (VIN# 1UYVS2537HM764206) | $0.00 | Debtor's opinion | $20,000.00 |
| 47.8. | 2016 UTC (VIN# 1UYVS253XGH730906) | $0.00 | Debtor's opinion | $18,000.00 |
| 47.9. | 2017 WABA (VIN# 1JJV532B8HL971305); and 2017 WABASH (VIN#1JJV532B4HL971222) | $0.00 | Debtor's opinion | $36,000.00 |
| 47.10. | 2016 UTC (VIN# 1UYVS2538GM437716) | $0.00 | Debtor's opinion | $1,500.00 |
| 47.11. | 2016 WABASH (VIN# 1GRAA0620GE701988) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.12. | 2016 WABASH (VIN# 1UYVS2537BM057503) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.13. | 2014 WABASH (VIN# 1UYVS2530EU46475) | $0.00 | Debtor's opinion | $8,500.00 |
| 47.14. | 2022 Ford Sprinter Van (VIN# 1FTBW9CK3NKA51092) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.15. | 2015 Volv (VIN# 4V4NC9EH4FN185315) | $0.00 | Debtor's opinion | $15,000.00 |
| 47.16. | 2017 Volv (VIN# 4V4NC9EH3HN992032) | $0.00 | Debtor's opinion | $22,000.00 |
| 47.17. | 2016 KM (VIN# 1XKYD49X1GJ463305) | $0.00 | Debtor's opinion | $22,000.00 |
| 47.18. | 2014 FRHT (VIN# 1FVACXDT8EHFM3850) | $0.00 | Debtor's opinion | $10,000.00 |
| 47.19. | 2014 FRHT (VIN# 3AKJGED5XESFX1357) | $0.00 | Debtor's opinion | $10,000.00 |
| 47.20. | 2015 FRHT (VIN# 3AKJGEBGXFSGP2128) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.21. | 2014 FRHT (VIN# 3AKJGEBG0ESFS0115) | $0.00 | Debtor's opinion | $10,000.00 |
| 47.22. | 2015 FRHT (VIN# 1FUJGED55FLGJ2104) | $0.00 | Debtor's opinion | $12,000.00 |
| 47.23. | 2014 FRHT (VIN#3ALACWDT6EDFW4129) | $0.00 | Debtor's opinion | $10,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Ingles Produce Inc. | Case number *(If known)* | |
|--------|---------------------|--------------------------|---|
| | Name | | |

| 47.24 · | 2015 FRHT (VIN# 3ALACWDT5FDGD4099) | $0.00 | Debtor's opinion | $12,000.00 |
|---|---|---|---|---|

| 47.25 · | 2013 Freightliner (VIN# 1FVHCYBS2THFA8665) | $0.00 | Debtor's opinion | $8,000.00 |
|---|---|---|---|---|

| 47.26 · | 2014 Freightliner (VIN# 1FVHCYCY3HFR1368) | $0.00 | Debtor's opinion | $10,000.00 |
|---|---|---|---|---|

| 47.27 · | Toyota Forklift (S/N #29797) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Toyota Forklift (S/N #28373) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
|---|---|---|---|

| Toyota Forklift (S/N # 27994) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
|---|---|---|---|

| Toyota Forklift (S/N #28362) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
|---|---|---|---|

| Pallet Jack (S/N #66849) | $0.00 | Debtor's opinion | $1,500.00 |
|---|---|---|---|

| Pallet Jack (S/N #66848) | $0.00 | Debtor's opinion | $1,500.00 |
|---|---|---|---|

| Pallet Jack (S/N #61305) | $0.00 | Debtor's opinion | $1,500.00 |
|---|---|---|---|

| Pallet Jack; scrubber dryer; turntable stretch wrapper | $0.00 | Debtor's opinion | $5,000.00 |
|---|---|---|---|

| Sky Jack (S/N #480) | $0.00 | Debtor's opinion | $1,000.00 |
|---|---|---|---|

| Sky Jack Model #SJIH3219 (S/N #157) | $0.00 | Debtor's opinion | $1,000.00 |
|---|---|---|---|

| Two (2) Konica Minolta C4050i (printer/scanner/fax/copier) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Ingles Produce Inc.                                    Case number *(If known)*
_____
Name

| | | | |
|---|---|---|---|
| (1) Drive-in Rack Roll Form System 1: 3 Deep x 14 Wide x 2 High, System 2: 3 Deep x 14 Wife x 2 High; (1) Drive in Rack Roll Form System 1: 5 Deep x 7 Wide x 2 High, System 2: 6 Deep x 6 Wide x 2 High. | $0.00 | Debtor's opinion | $10,000.00 |
| Toyota Forklift (S/N # 28006) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |
| 2016 Volv VNL64 Tractor (VIN# D4V4NC9EG6GN947326); 2017 Volv VNL64 Tractor (VIN# 4V4NC9EG4HN984716) | $0.00 | Debtor's opinion | $36,000.00 |
| Walk in cooler | $0.00 | Debtor's Opinion | $5,000.00 |
| Toyota Forklift (S/N 00582) LEASED EQUIPMENT | $0.00 | Debtor's opinion | $0.00 |

51.    **Total of Part 8.**

Add lines 47 through 50.    Copy the total to line 87.

$505,500.00

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

☒ No.    Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.    Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** Perishable Agricultural Commodities Act (PACA) license #20190017 - no value except to Debtor | $0.00 | Debtor's opinion | $0.00 |
| City of Pompano Business Tax Receipt License (no value except to Debtor) | $0.00 | | $0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor     Ingles Produce Inc.                                            Case number *(If known)*
           Name

           Primus GFS - Storage & Distribution Center
           license (no value except to Debtor)                    $0.00                              $0.00

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                   $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ☒ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ☒ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☒ No.   Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    Ingles Produce Inc._____    Case number *(if known)*_____
                    Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,183.37 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $462,624.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $505,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $997,807.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $997,807.98 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Ingles Produce Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**
☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

| 2.1 | Ally Financial | Describe debtor's property that is subject to a lien<br>2022 Ford Sprinter Van (VIN# 1FTBW9CK3NKA51092) | $28,707.57 | $12,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

P.O. Box 380901
Minneapolis, MN 55438
Creditor's mailing address

**Describe the lien**
Vehicle loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number** 5814

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.2 | Channel Equipment Finance | Describe debtor's property that is subject to a lien<br>2017 UTC (VIN# 1UYVS2537HM764206) | $44,096.98 | $20,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name
10900 Wayzata Blvd., Suite 300
Hopkins, MN 55305
Creditor's mailing address

**Describe the lien**
Equipment loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
August 2023

**Last 4 digits of account number** 0007

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Ingles Produce Inc.
_____          Case number (if known) _____
Name

| 2.3 | Channel Equipment Finance | Describe debtor's property that is subject to a lien | $31,894.28 | $18,000.00 |
|---|---|---|---|---|

Creditor's Name
10900 Wayzata Blvd., Suite 300
Hopkins, MN 55305
Creditor's mailing address

Describe debtor's property that is subject to a lien
2016 UTC (VIN# 1UYVS253XGH730906)

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
2/2024

**Last 4 digits of account number**
561M

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | CIT Bank a/k/a First Citizens | Describe debtor's property that is subject to a lien | $74,990.28 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Describe debtor's property that is subject to a lien
(1) Drive-in Rack Roll Form System 1: 3 Deep x 14 Wide x 2 High, System 2: 3 Deep x 14 Wife x 2 High; (1) Drive in Rack Roll Form System 1: 5 Deep x 7 Wide x 2 High, System 2: 6 Deep x 6 Wide x 2 High.

**Describe the lien**
Equipment loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
June 2024

**Last 4 digits of account number**
6743

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | CIT Bank a/k/a First Citizens | Describe debtor's property that is subject to a lien | $13,779.01 | $5,000.00 |
|---|---|---|---|---|

Creditor's Name

PO Box 2576
Springfield, IL 62708
Creditor's mailing address

Describe debtor's property that is subject to a lien
Walk in cooler

**Describe the lien**
Equipment Purchase

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
5/2022

**Last 4 digits of account number**
0000

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 8

Debtor    Ingles Produce Inc.
_____
          Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | CIT Bank a/k/a First Citizens | | $13,121.07 | $10,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2014 FRHT (VIN# 1FVACXDT8EHFM3850)

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**
Truck Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
3/2023

**Last 4 digits of account number**
4000

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | CIT Bank a/k/a First Citizens | | $11,725.04 | $22,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2016 KM (VIN# 1XKYD49X1GJ463305)

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**
Truck Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
3/2023

**Last 4 digits of account number**
2876

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | CIT Bank a/k/a First Citizens | | $4,701.48 | $3,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Pallet Jack (S/N #66849); Pallet Jack (S/N #66848)

PO Box 2576
Springfield, IL 62708

Creditor's mailing address

**Describe the lien**
Pallet Truck Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor    Ingles Produce Inc.                                      Case number *(if known)*
_____                    _____
             Name

4/2023                                              ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
4000
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☒ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.9 | CIT Bank a/k/a First Citizens | | $32,469.96 | $36,000.00 |

**Describe debtor's property that is subject to a lien**
Creditor's Name
                                                   2016 Volv VNL64 Tractor (VIN#
                                                   D4V4NC9EG6GN947326); 2017 Volv VNL64
PO Box 2576                                        Tractor (VIN# 4V4NC9EG4HN984716)
Springfield, IL 62708
Creditor's mailing address                         **Describe the lien**
                                                   Tractor Truck Loan
                                                   **Is the creditor an insider or related party?**
                                                   ☒ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ☐ No
June 2024                                           ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
7000
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☐ No                                               ☐ Contingent
☒ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.
1. First Citizen Bank (aka
CIT)
2. CIT Bank a/k/a First
Citizens

---

| 2.10 | CIT Bank a/k/a First Citizens | | $10,543.90 | $4,000.00 |

**Describe debtor's property that is subject to a lien**
Creditor's Name
                                                   Eight (8) computers: Imac 25' Silver8C C - S/N
                                                   JPH4Y34DOC
PO Box 2576
Springfield, IL 62708
Creditor's mailing address                         **Describe the lien**
                                                   Computer purchase
                                                   **Is the creditor an insider or related party?**
                                                   ☒ No
Creditor's email address, if known                 ☐ Yes
                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**                         ☐ No
July 2024                                            ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
3000
**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
☒ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.

---

| 2.11 | Credibly of Arizona LLC | | $30,000.00 | $468,217.98 |

**Describe debtor's property that is subject to a lien**
Creditor's Name
Attn:   Michael Seneski, CFO                       American Express Checking Account; Space
25200 Telegraph Road, #350                         Coast Credit Union; Wells Fargo Bank; Accounts
                                                   receivable

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 4 of 8

Debtor   Ingles Produce Inc.
         Name

Case number (if known)

---

Southfield, MI 48033

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
January 2024

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Credibly of Arizona LLC
2. Vox Funding

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | First Bank & Trust | Describe debtor's property that is subject to a lien 2017 WABA (VIN# 1JJV532B8HL971305); and 2017 WABASH (VIN#1JJV532B4HL971222) | $42,422.57 | $36,000.00 |

Creditor's Name

PO Box 5057
Brookings, SD 57006

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number
5650

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | First Citizen Bank (aka CIT) | Describe debtor's property that is subject to a lien 2016 Volv VNL64 Tractor (VIN# D4V4NC9EG6GN947326); 2017 Volv VNL64 Tractor (VIN# 4V4NC9EG4HN984716) | $26,000.00 | $36,000.00 |

Creditor's Name

155 Commerce Way
Portsmouth, NH 03801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
May 2022

Last 4 digits of account number
7498

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.9

**Describe the lien**
Tractor Truck Loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Ingles Produce Inc.
      Name

Case number (if known)

---

**2.14** Lexus Financial Services

Creditor's Name

PO Box 94316
Palatine, IL 60094-4316

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/2021

**Last 4 digits of account number**
9442

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Lexus LC500

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$87,539.09      $55,000.00

---

**2.15** Lexus Financial Services

Creditor's Name

PO Box 94316
Palatine, IL 60094

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2023

**Last 4 digits of account number**
V544

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2024 Lexus ES 350 (VIN# 58AJZ1B1XRU163108)

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$34,367.41      $35,000.00

---

**2.16** North Mill Credit Trust

Creditor's Name
Attn:   Mark Bonanno,
President & CRO
9 Executive Circle, Suite 230
Irvine, CA 92614

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
March 2022

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2016 UTC (VIN# 1UYVS2538GM437716)

**Describe the lien**
Equipment loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Unknown      $1,500.00

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 8

Debtor   Ingles Produce Inc.
_____     Case number (if known) _____
Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 7 | Solution Trailers Leasing | **Describe debtor's property that is subject to a lien** | Unknown | $32,500.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2016 WABASH (VIN# 1GRAA0620GE701988);
2016 WABASH (VIN# 1UYVS2537BM057503);
2014 WABASH (VIN# 1UYVS2530EU46475)

7061 Sampey Road
Groveland, FL 34736

Creditor's mailing address

**Describe the lien**
Trailers - Lease hold over

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
2024
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 8 | Tesla | **Describe debtor's property that is subject to a lien** | $103,912.47 | $55,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
2024 Tesla Cyber Truck

45500 Fremont Blvd.
Fremont, CA 94538

Creditor's mailing address

**Describe the lien**
Vehicle loan

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
9/23/24
**Last 4 digits of account number**
0551

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | Vox Funding | **Describe debtor's property that is subject to a lien** | $110,000.00 | $446,034.61 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Accounts receivable

100 Park Avenue, FL 31
New York, NY 10017

Creditor's mailing address

**Describe the lien**
Loan

**Is the creditor an insider or related party?**
☒ No

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   Ingles Produce Inc.                                    Case number (if known)
            Name

Creditor's email address, if known                  ☐ Yes
                                                    **Is anyone else liable on this claim?**
**Date debt was incurred**                          ☐ No
April 2024                                           ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an                     As of the petition filing date, the claim is:**
**interest in the same property?**                  Check all that apply
☐ No                                                ☐ Contingent
☒ Yes. Specify each creditor,                       ☐ Unliquidated
including this creditor and its relative            ☐ Disputed
priority.
Specified on line 2.11

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $700,271.11 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| First Citizens Bank<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Line  2.5 | |
| First Citizens Bank<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Line  2.6 | |
| First Citizens Bank<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Line  2.8 | |
| First Citizens Bank<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Line  2.9 | |
| First Citizens Bank<br>PO Box 550599<br>Jacksonville, FL 32255-0599 | Line  2.10 | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Ingles Produce Inc._

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Total claim** Unknown | **Priority amount** Unknown |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: Unknown    Priority amount: Unknown

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346

Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: Unknown    Priority amount: Unknown

Date or dates debt was incurred _____

Basis for the claim: Taxes

Last 4 digits of account number _____

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | **Amount of claim** |
|---|---|

**3.1** Nonpriority creditor's name and mailing address
American Express
PO Box 6031
Carol Stream, IL 60197-6031

Amount of claim: $48,656.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _2025_

Last 4 digits of account number _2000_

Basis for the claim: _Credit Card_

Is the claim subject to offset? ☒ No    ☐ Yes

Debtor    Ingles Produce Inc.
_____    Case number (if known) _____
Name

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**3.2** Nonpriority creditor's name and mailing address
Ark Foods, Inc.
PO Box 21061
Brooklyn, NY 11202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$5,000.00

---

**3.3** Nonpriority creditor's name and mailing address
BILL.com
6220 America Center Drive, #100
Alviso, CA 95002

**Date(s) debt was incurred** 2024

**Last 4 digits of account number** 3768

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

$50,000.00

---

**3.4** Nonpriority creditor's name and mailing address
C & L Fresh Produce Inc.
PO Box 19054
West Palm Beach, FL 33416

**Date(s) debt was incurred** March 2024

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$11,500.00

---

**3.5** Nonpriority creditor's name and mailing address
Capital One
Po Box 60519
City of Industry, CA 91716-0519

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 3719

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

$4,545.71

---

**3.6** Nonpriority creditor's name and mailing address
Capital One Bank
PO Box 60519
City of Industry, CA 91716-0519

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 4896

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card

Is the claim subject to offset? ☒ No ☐ Yes

$5,563.15

---

**3.7** Nonpriority creditor's name and mailing address
CBR Brokerage, Inc.
304 Norris Ave
North Vernon, IN 47265

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Mover

Is the claim subject to offset? ☒ No ☐ Yes

$1,550.00

---

**3.8** Nonpriority creditor's name and mailing address
DuraServe Corp.
113560 Metro Parkway
Fort Myers, FL 33966

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☒ No ☐ Yes

$10,000.00

---

**3.9** Nonpriority creditor's name and mailing address
Edward L. Myrick Produce
1255 W. Atlantic Blvd, Suite 320
Pompano Beach, FL 33069

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ☐ No ☒ Yes

$18,027.00

---

Debtor    Ingles Produce Inc.
_____    Case number (if known) _____
          Name

| | | |
|---|---|---|
| **3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.10 | **Nonpriority creditor's name and mailing address**
Family Table LLC
645A Main Street
Gaithersburg, MD 20878

**Date(s) debt was incurred** _____
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$6,600.00

---

3.11 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 0809

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$7,943.71

---

3.12 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 9871

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$9,613.67

---

3.13 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 4815

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$440.21

---

3.14 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 1442

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$12,174.50

---

3.15 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 2555

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$256.79

---

3.16 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 6762

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$5,723.33

---

3.17 | **Nonpriority creditor's name and mailing address**
Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

**Date(s) debt was incurred** 2025
**Last 4 digits of account number** 8803

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tolls
Is the claim subject to offset? ☒ No  ☐ Yes

$7,961.46

---

Debtor **Ingles Produce Inc.**          Case number *(if known)* _____
     Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $866.75 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _2545_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $296.73 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _8931_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $11,469.69 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _6035_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $735.15 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _9692_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,563.14 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _2314_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13,506.37 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _7817_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $389.20 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _4473_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $130.27 |

Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Tolls_

**Last 4 digits of account number** _4911_

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   Ingles Produce Inc.                                          Case number (if known) _____
         Name

| | | | |
|---|---|---|---|

**3.26**
Nonpriority creditor's name and mailing address
Fuelman
PO Box 740285
Atlanta, GA 30374-0285

Date(s) debt was incurred  2025
Last 4 digits of account number  2892

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$18,573.13

---

**3.27**
Nonpriority creditor's name and mailing address
Garcia Farms LLC
181 Newsom Road
Moultrie, GA 31788

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$145,879.00

---

**3.28**
Nonpriority creditor's name and mailing address
Garden Fresh Distribution Svc Inc.
1255 W. Atlantic Blvd., Suite 120
33069

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☐ No  ☐ Yes

$543,524.60

---

**3.29**
Nonpriority creditor's name and mailing address
Gonzalez Farm USA LLC
607 S. Alexander Street
Plant City, FL 33563

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$168,762.00

---

**3.30**
Nonpriority creditor's name and mailing address
Gulfstream Produce Inc.
6308 Weathers Road
Wendell, NC 27591

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$99,390.20

---

**3.31**
Nonpriority creditor's name and mailing address
Holler & Greene Produce Co. Inc.
PO Box 3500
Boone, NC 28607

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$18,668.00

---

**3.32**
Nonpriority creditor's name and mailing address
Hungry Harvest LLC
1905 Clarkson Way
Hyattsville, MD 20785

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$29,378.00

---

**3.33**
Nonpriority creditor's name and mailing address
J & R Baker Produce Inc.
561 Rondtree Ridge Road
Norman Park, GA 31771

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor
Is the claim subject to offset? ☒ No  ☐ Yes

$158,768.16

---

Debtor    Ingles Produce Inc.
               Name                                      Case number (if known)

---

**3.34** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,000.00**

Mr. Fresh Produce
14527 Winter Drive
Tampa, FL 33613

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,205.00**

Munay Sourcing LLC
4341 SW 160th Avenue
Hollywood, FL 33027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,051.30**

Octavio Coronel Transport
1401 Bayshore Boulevard
Port Saint Lucie, FL 34983

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,564.57**

Overhead Door
PO Box 741605
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,145.00**

Procure Experts LLC
7725 North Kendall Drive #A320
Miami, FL 33156

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$73,523.16**

Prologis
201 E. Las Olas Blvd., Suite 1550
Fort Lauderdale, FL 33301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Rent arrearage_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,500.00**

Ray's Heritage LLC
2401 Eagle Lane
Belle Glade, FL 33430

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Vendor_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$40,000.00**

Superior Designer Services Inc.
1715 Meathe Drive, Suite 1400
Deerfield Beach, FL 33441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Rent arrearage_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No  ☒ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Ingles Produce Inc.
_____    Case number (if known) _____
          Name

---

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Total Green Tropicals Inc.<br>1247 NW 21st Street<br>Miami, FL 33142 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $12,839.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Truist Bank<br>PO Box 791622<br>Baltimore, MD 21279-1622 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,998.44 |

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 7731

**Basis for the claim:**  Credit Card

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Ultimate Produce Brokers Inc.<br>24 Louis Place<br>Nesconset, NY 11767 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $115,518.75 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Waste Disposal Solutions of NC Inc.<br>2307 W. Cone Blvd., Suite 214<br>Greensboro, NC 27408 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $3,000.00 |

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** _

**Basis for the claim:**  Lease for waste disposal

Is the claim subject to offset?  ☐ No   ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address**<br>Wex Bank<br>PO Box 4337<br>Carol Stream, IL 60197-4331 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $48,000.00 |

**Date(s) debt was incurred** 2025

**Last 4 digits of account number** 1333

**Basis for the claim:**  Fuel credit account

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address**<br>Xander Distributors LLC<br>7322 NW 45th Avenue<br>Pompano Beach, FL 33073 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $78,926.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address**<br>Zabile Inc.<br>3800 Cutcane Road<br>Mineral Bluff, GA 30559 | **As of the petition filing date, the claim is:** Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $34,070.00 |

**Date(s) debt was incurred** 30362025

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

Debtor    Ingles Produce Inc.
_____
          Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Law Offices of Jeffrey Vivo<br>601 Heritage Drive Suite 446<br>Jupiter, FL 33458 | Line 3.4<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Prologis<br>Attn: General Counsel<br>1800 Wazee Street, Suite 500<br>Denver, CO 80202 | Line 3.39<br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,931,797.14 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,931,797.14 |

**Fill in this information to identify the case:**

Debtor name    Ingles Produce Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.    There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Edward L. Myrick State Farmers' Market Commercial Parking Lease for 7 parking spaces at NW Corner of Market |
| State the term remaining | July 1, 2024 through June 30, 2026 |
| List the contract number of any government contract | Fla Dept of Agriculture & Consumer Svcs Chief of State Farmers' Markets 407 S. Calhoun Street, M9 Tallahassee, FL 32399-0800 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Two (2) Konica Minolta C4050i Copier/Printer/Scanner/Fax machines |
| State the term remaining | August 2024 to November 2027 |
| List the contract number of any government contract | Marlin Leasing Corp dba PEAC Solutions 300 Fellowship Road Mount Laurel, NJ 08054 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | Commercial property lease for 1728 address. Contract expands to include 1724 address as of January 1, 2026 |
| State the term remaining | April 1, 2024 through April 30, 2029 |
| List the contract number of any government contract | Prologis 201 E. Las Olas Blvd., Suite 1550 Fort Lauderdale, FL 33301 |

Debtor 1  Ingles Produce Inc.

First Name          Middle Name          Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | Sublease for 1724 commercial property. This lease expires on 12/31/25. |
| State the term remaining | ending December 31, 2025 |
| List the contract number of any government contract | |

Superior Designer Services Inc.
1715 Meathe Drive, Suite 1400
West Palm Beach, FL 33411

| | |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - Forklift (S/N 29797) |
| State the term remaining | expires 12/15/30 |
| List the contract number of any government contract | |

Toyota Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

| | |
|---|---|
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - two (2) Forklifts (S/N 28373; S/N 28362) |
| State the term remaining | expires 7/15/29 |
| List the contract number of any government contract | |

Toyota Commercial Finance
PO Box 660926
Dallas, TX 75266-0926

| | |
|---|---|
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest | Equipment Lease - two (2) Forklifts (S/N: 27994; S/N 28006) |
| State the term remaining | expires 3/15/27 |
| List the contract number of any government contract | |

Toyota Industries Financial
PO Box 9050
Coppell, TX 75019-9050

| | |
|---|---|
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease - Forklift (S/N 00582) |
| State the term remaining | expires 4/15/31 |
| List the contract number of any government contract | |

Toyota Industries Financial
PO Box 9050
Coppell, TX 75019-9050

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  Ingles Produce Inc.                                             Case number (*if known*) _____

  First Name             Middle Name           Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Disposal sight lease | |
|---|---|---|---|
| | State the term remaining | June 2022 through June 2027 | |
| | List the contract number of any government contract | _____ | Waste Disposal Solutions of NC Inc.<br>2307 W. Cone Blvd., Suite 214<br>Greensboro, NC 27408 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____Ingles Produce Inc._____

United States Bankruptcy Court for the: ____SOUTHERN DISTRICT OF FLORIDA____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | Credibly of Arizona LLC | ☒ D ___2.11___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.4___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.5___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.6___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.7___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.6 | Kareem Ingleton | 1724 Park Central Boulevard N Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.8___ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   Ingles Produce Inc.                          Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | Vox Funding | ☒ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | CIT Bank a/k/a First Citizens | ☒ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | American Express | ☐ D _____<br>☒ E/F ___3.1___<br>☐ G _____ |
| 2.12 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | Tesla | ☒ D ___2.18___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | Vox Funding | ☒ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.14 | Kareem Ingleton | 1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | Lexus Financial Services | ☒ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      Ingles Produce Inc.

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br>☐ Other | $5,125,420.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $11,752,807.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $10,163,273.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    Ingles Produce Inc.                                    Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | First Citizen Bank (aka CIT) 155 Commerce Way Portsmouth, NH 03801 | September 2025 to November 2025 | $35,200.00 | ☒ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. | Garden Fresh Distribution Svc Inc. 1255 W. Atlantic Blvd., Suite 120 33069 | October 2025 to November 2025 | $24,060.00 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. | Ultimate Produce Brokers Inc. 24 Louis Place Nesconset, NY 11767 | October; November; December 2025 | $27,432.50 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | TO FOLLOW BY AMENDMENT | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Ingles Produce Inc.                                         Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Headway Capital LLC v. Ingles Produce Inc.<br>CONO24010507 | Collection | County Court in and for Broward County, FL | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.2. | Port Consolidated Inc. v. Ingles Produce Inc.<br>CONO25015640 | Collection | County Court in and for Broward County, FL | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Superior Designer Services Inc. v. Ingles Produce Inc.<br>CONO25055703 | Collection | County Court in and for Broward County, FL | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| 2107 Volvo Truck - Loss due to fire | Debtor received no payment; all money went to First Citizens Trust ($10,872.39) to pay off loan | 4/18/25 | $10,000.00 |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    Ingles Produce Inc.                                         Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Wernick Law PLLC 2255 Glades Rd, Ste 324A Boca Raton, FL 33431 | | 11/17/2025 | $50,000.00 |
| | **Email or website address** www.wernicklaw.com | | | |
| | **Who made the payment, if not debtor?** Paid by Debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

Debtor    Ingles Produce Inc.    _____    Case number *(if known)*    _____

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Citibank NA | XXXX-2230 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed 4/20/25 - Balance was -0- | $0.00 |
| 18.2. | Citibank NA | XXXX-6456 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | Closed 4/30/25 - balance was -0- | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   Ingles Produce Inc.                                                Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Multiple client | Debtor's premises | 300 temperature controlled pallets containing mangos and tropical fruit; 350 pallets of dry packaged good (grocery items); all pending shipment out.No value to Debtor | $0.00 |

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

Debtor    Ingles Produce Inc.                                        Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | Erica Singleton - Bookkeeper<br>1860 North Pine Island Road, Suite 108<br>33322 | 2018 to present - Tax preparation only |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Kareem Ingleton<br>1724 Park Central Boulevard N<br>Pompano Beach, FL 33064 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kareem Ingleton | 500 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | President/Owner | 100% |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Debtor    Ingles Produce Inc.                                          Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | TO FOLLOW BY AMENDMENT | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    December 19, 2025

/s/   Kareem Ingleton                              Kareem Ingleton
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    Ingles Produce Inc.

Debtor(s)

Case No.

Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kareem Ingleton<br>500 East Las Olas Blvd.<br>Fort Lauderdale, FL 33301 | Common | | 100% owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    December 19, 2025

Signature    /s/ Kareem Ingleton

Kareem Ingleton

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re    Ingles Produce Inc.                           Case No. _____

                                  Debtor(s)         Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    December 19, 2025                  /s/  Kareem Ingleton

                                        Kareem Ingleton/President
                                        Signer/Title

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


American Express
PO Box 6031
Carol Stream, IL 60197-6031


Ark Foods, Inc.
PO Box 21061
Brooklyn, NY 11202


BILL.com
6220 America Center Drive, #100
Alviso, CA 95002


C & L Fresh Produce Inc.
PO Box 19054
West Palm Beach, FL 33416


Capital One
Po Box 60519
City of Industry, CA 91716-0519


Capital One Bank
PO Box 60519
City of Industry, CA 91716-0519


CBR Brokerage, Inc.
304 Norris Ave
North Vernon, IN 47265


Channel Equipment Finance
10900 Wayzata Blvd., Suite 300
Hopkins, MN 55305


CIT Bank a/k/a First Citizens
PO Box 2576
Springfield, IL 62708


Credibly of Arizona LLC
Attn:  Michael Seneski, CFO
25200 Telegraph Road, #350
Southfield, MI 48033


DuraServe Corp.
113560 Metro Parkway
Fort Myers, FL 33966


Edward L. Myrick Produce
1255 W. Atlantic Blvd, Suite 320
Pompano Beach, FL 33069


Family Table LLC
645A Main Street
Gaithersburg, MD 20878

First Bank & Trust
PO Box 5057
Brookings, SD 57006


First Citizen Bank (aka CIT)
155 Commerce Way
Portsmouth, NH 03801


First Citizens Bank
PO Box 550599
Jacksonville, FL 32255-0599


Fla Dept of Agriculture & Consumer Svcs
Chief of State Farmers' Markets
407 S. Calhoun Street, M9
Tallahassee, FL 32399-0800


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399


Florida Dept. of Transportation
PO Box 31241
Tampa, FL 33631-3241


Fuelman
PO Box 740285
Atlanta, GA 30374-0285


Garcia Farms LLC
181 Newsom Road
Moultrie, GA 31788


Garden Fresh Distribution Svc Inc.
1255 W. Atlantic Blvd., Suite 120
33069


Gonzalez Farm USA LLC
607 S. Alexander Street
Plant City, FL 33563


Gulfstream Produce Inc.
6308 Weathers Road
Wendell, NC 27591


Holler & Greene Produce Co. Inc.
PO Box 3500
Boone, NC 28607


Hungry Harvest LLC
1905 Clarkson Way
Hyattsville, MD 20785


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

```
J & R Baker Produce Inc.
561 Rondtree Ridge Road
Norman Park, GA 31771


Kareem Ingleton
1724 Park Central Boulevard N
Pompano Beach, FL 33064


Law Offices of Jeffrey Vivo
601 Heritage Drive Suite 446
Jupiter, FL 33458


Lexus Financial Services
PO Box 94316
Palatine, IL 60094-4316


Lexus Financial Services
PO Box 94316
Palatine, IL 60094


Marlin Leasing Corp dba PEAC Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


Mr. Fresh Produce
14527 Winter Drive
Tampa, FL 33613


Munay Sourcing LLC
4341 SW 160th Avenue
Hollywood, FL 33027


North Mill Credit Trust
Attn:  Mark Bonanno, President & CRO
9 Executive Circle, Suite 230
Irvine, CA 92614


Octavio Coronel Transport
1401 Bayshore Boulevard
Port Saint Lucie, FL 34983


Overhead Door
PO Box 741605
Atlanta, GA 30374


Procure Experts LLC
7725 North Kendall Drive #A320
Miami, FL 33156


Prologis
201 E. Las Olas Blvd., Suite 1550
Fort Lauderdale, FL 33301
```

```
Prologis
Attn:  General Counsel
1800 Wazee Street, Suite 500
80202


Prologis
Attn:  General Counsel
1800 Wazee Street, Suite 500
Denver, CO 80202


Ray's Heritage LLC
2401 Eagle Lane
Belle Glade, FL 33430


Silo Technologies Inc.
149 New Montgomery Street
94105


Solution Trailers Leasing
7061 Sampey Road
Groveland, FL 34736


Superior Designer Services Inc.
1715 Meathe Drive, Suite 1400
Deerfield Beach, FL 33441


Superior Designer Services Inc.
1715 Meathe Drive, Suite 1400
West Palm Beach, FL 33411


Tesla
45500 Fremont Blvd.
Fremont, CA 94538


Total Green Tropicals Inc.
1247 NW 21st Street
Miami, FL 33142


Toyota Commercial Finance
PO Box 660926
Dallas, TX 75266-0926


Toyota Industries Financial
PO Box 9050
Coppell, TX 75019-9050


Truist Bank
PO Box 791622
Baltimore, MD 21279-1622


Ultimate Produce Brokers Inc.
24 Louis Place
Nesconset, NY 11767
```

Vox Funding
100 Park Avenue, FL 31
New York, NY 10017


Waste Disposal Solutions of NC Inc.
2307 W. Cone Blvd., Suite 214
Greensboro, NC 27408


Wex Bank
PO Box 4337
Carol Stream, IL 60197-4331


Xander Distributors LLC
7322 NW 45th Avenue
Pompano Beach, FL 33073


Zabile Inc.
3800 Cutcane Road
Mineral Bluff, GA 30559